Rec# 128637
Ck# 120

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

In re: HEMMER, JASON MATHEW  
      HEMMER, MICHELLE CHRISTINE

Case No. 09-36894

Judge Richard L. Speer

### REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| CMBS, | 9301 S. Western Ave., Oklahoma City, OK 73139 | $3.30 |
| CMBS, | 9301 S. Western Ave., Oklahoma City, OK 73139 | $2.09 |
| CMBS, | 9301 S. Western Ave., Oklahoma City, OK 73139 | $3.28 |

Check for $8.67 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Ericka S. Parker, Trustee

Dated: 6/29/10

Cc:
Office of the U.S. Trustee